Steven A. Miller, OSB# 070654
Brad A. Goergen, OSB# 072638
John T. John, OSB# 092406
GRAHAM & DUNN, PC
Pier 70 – 2801 Alaskan Way Suite 300
Seattle, Washington 98121-1128
Telephone: (206) 624-8300
Facsimile: (206) 340-9599
Attorneys for Bank of America, N.A.

FILED 02 AUG '11 10:52 USDC-ORE

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association<br><br>Plaintiff,<br><br>vs.<br><br>DIAMOND WEST LUMBER COMPANY, LLC, et al.,<br><br>Defendants. | Case No. 09-06375-TC<br><br>JUDGMENT AGAINST DIAMOND WEST LUMBER COMPANY, L.L.C. AND WESTWOOD LUMBER HOLDINGS, INC. |

## I. JUDGMENT SUMMARY

| | | |
|---|---|---|
| A | Judgment creditor | BANK OF AMERICA, N.A. ("Bank"), a national banking association |
| B | Judgment debtors | DIAMOND WEST LUMBER COMPANY, L.L.C., an Oregon limited liability company, and WESTWOOD LUMBER HOLDINGS, INC., an Oregon corporation |
| C | Principal judgment amount | $ 4,983,063.26 |
| D | Interest to date of judgment | $ 892,161.76 |
| E | Accrual fees | $ 3,177.08 |
| F | ABL Field Exam fees | $ 5,026.66 |

ORDER AND JUDGMENT -- 1

| | | |
|---|---|---:|
| G | Appraisal Fees | $ 8,500.00 |
| H | Unpaid Attorneys' Fees and Costs | $ 56,686.14 |
| I | Total Judgment | $ 5,948,614.90 |
| J | Total judgment shall bear interest post judgment at 0.16% per annum pursuant to 28 U.S.C. 1961. | |
| K | Attorney for judgment creditor | Steven A. Miller<br>Graham & Dunn PC<br>Pier 70 - 2801 Alaskan Way, Suite 300<br>Seattle, WA 98121 |
| L | Attorney for judgment debtors | John C. Rothermich<br>Garvey Schubert Barer<br>Eleventh Floor<br>121 S.W. Morrison Street<br>Portland, OR 97204-3141 |

## II.  ORDER

In an order dated June 13, 2011, this Court granted summary judgment in favor of plaintiff Bank of America, N.A., and against defendants Diamond West Lumber Company, L.L.C. and Westwood Lumber Holdings, Inc. Pursuant to Fed. R. Civ. P. 58, the Court hereby approves Plaintiff's and Defendants Diamond West and Westwood Lumber's Stipulation and request to enter judgment against the defendants Diamond West Lumber Company, L.L.C. and Westwood Lumber Holdings, Inc.

**ACCORDINGLY, IT IS HEREBY ORDERED** that judgment be entered against Diamond West Lumber Company, L.L.C. and Westwood Lumber Holdings, Inc. that comports with the Court's June 13, 2011 opinion and order.

## III.  JUDGMENT

Pursuant to the Court's order and the terms of the parties' stipulation, **JUDGMENT IS HEREBY ENTERED** in favor of plaintiff Bank of America, N.A., and jointly and severally against defendants Diamond West Lumber Company, L.L.C. and Westwood Lumber Holdings, Inc. in the total amount of $5,948,614.90, representing the principal amount of $4,983,063.26,

ORDER AND JUDGMENT           -- 2

plus interest of $ 892,161.76, plus other charges due under the loan documents including accrual fees of $ 3,177.08, ABL field exam fees of $ 5,026.66, and unpaid attorneys' fees and costs of $56,686.14. Any and all rights of Diamond West Lumber Company, L.L.C. and Westwood Lumber Holdings, Inc., in the collateral pledged by Diamond West Lumber Company, L.L.C. pursuant to the loan document are hereby extinguished. Post-judgment interest shall accrue on any outstanding principal balance from June 13, 2011, until paid in full at the rate of 0.16% per annum, in accordance with 28 U.S.C. § 1961.

DATED this 2 day of Aug 2011.

_____
The Honorable Thomas M. Coffin

Presented By:

| GRAHAM & DUNN, PC | GARVEY SCHUBERT BARER |
|---|---|
| By:_____<br>Steven A. Miller, OSB #070654<br>GRAHAM & DUNN PC<br>Pier 70 ~ 2801 Alaskan Way ~ Ste. 300<br>Seattle, WA 97204-3141<br>Telephone: (206) 624-8300<br>Fax: (206) 340-9599<br>Email: smiller@grahamdunn.com<br>Attorneys for Bank of America, N.A. | By:_____<br>John C. Rothermich, OSB # 071685<br>GARVEY SCHUBERT BARER<br>Eleventh Floor<br>121 SW Morrison Street<br>Portland, OR 98121-1128<br>Telephone: (503) 228-3939<br>Fax: (503) 226-0259<br>Email: jrothermich@gsblaw.com<br>Attorneys for Diamond West Lumber Company and Westwood Lumber Holdings |