Steven A. Miller, OSB# 070654
Diane M. Meyers, OSB# 110251
GRAHAM & DUNN, PC
Pier 70 ~ 2801 Alaskan Way Suite 300
Seattle, Washington 98121-1128
Telephone: (206) 624-8300
Facsimile: (206) 340-9599
Attorneys for Bank of America, N.A.

Honorable Thomas M. Coffin

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association<br><br>Plaintiff,<br><br>vs.<br><br>DIAMOND WEST LUMBER COMPANY, LLC, et al.,<br><br>Defendants. | Case No. 09-06375-TC<br><br>STIPULATION AND ORDER TO DISMISS |

## STIPULATION

IT IS HEREBY STIPULATED by and between the plaintiff Bank of America, N.A., and defendants Harrison Properties, LLC, Diamond West Holdings, Inc., Diamond West Properties, LLC, and Home Federal Bank (collectively, the "Defendants"), that the above-entitled matter against Defendants may be dismissed with prejudice and without costs.

DATED this 6th day of January, 2012.

| GRAHAM & DUNN, PC | ARNOLD GALLAGHER, et al. |
|---|---|
| By /s/Steven A. Miller<br>Steven A. Miller, OSB# 070654<br>Diane M. Meyers, OSB# 110251<br>Attorneys for Plaintiff Bank of America, N.A. | By /s/Andrew P. Parks<br>Andrew P. Parks, OSB# 024161<br>Attorneys for Home Federal Bank, successor in interest to Liberty Bank |

STIPULATION AND ORDER TO DISMISS -- 1

| | |
|---|---|
| GAYDOS CHURNSIDE & BALTHROP, PC | GLEAVES SWEARINGEN POTTER & SCOTT, LLP |
| By /s/Donald J. Churnside<br>Donald J. Churnside, OSB# 791876<br>Attorneys for Diamond West Holdings, L.L.C. | By /s/Cassie K. Jones<br>Cassie K. Jones, OSB# 083806<br>William H. Martin, OSB# 74206<br>Attorneys for Harrison Properties, L.L.C. and Diamond West Properties, L.L.C. |

## ORDER

THIS MATTER having come before the undersigned on the foregoing stipulation of the parties, the Court being fully advised on the premises, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims in this matter against defendants Harrison Properties, LLC, Diamond West Holdings, Inc., Diamond West Properties, LLC, and Home Federal Bank are hereby dismissed with prejudice and without costs to any party.

DONE IN OPEN COURT this __6th__ day of January, 2012.

_____
JUDGE

STIPULATION AND ORDER TO DISMISS -- 2

m40213-1689203.doc